UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALPS SOUTH, LLC, et al.,

      Plaintiffs,

v.                                     Case No. 8:16-cv-26-T-17MAP

THE OHIO WILLOW WOOD
COMPANY,

      Defendant.
_____/

## NOTICE OF TELEPHONIC STATUS CONFERENCE

PLEASE TAKE NOTICE that this Court will convene a status conference in the above-styled cause on the date and time set forth below. Please govern yourselves accordingly.

DATE: Friday, February 5, 2016

TIME: 10:00 a.m.

PLACE: Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 11B, Tampa, Florida 33602

TYPE OF HEARING: Status Conference.

                                            /s/ Chelsae Ford
                                            Chelsae Ford
                                            Law Clerk to Honorable Mark A. Pizzo
                                            (813) 301-5014

**INSTRUCTIONS to participate in telephone conference:**

1. Prior to the start time of your hearing, call AT&T Toll Free Meeting Number, **1-888-684-8852**.

2. Enter the **Access Code, 7593847 followed by the # key**. You will be asked to press the **# key** once again to join the conference as a participant, and then placed on hold until the Court Host activates the conference call.

3. You will be asked to enter the **Security Code, 8001893 followed by the # key**. The system will confirm the number entered, and ask you to either accept (press 1) or re-enter (press 2). All participants must enter the security code followed by the # key and accept (press 1) to be entered into the conference call. The security code needs to be entered only once unless it is entered incorrectly the first time.

Date:	January 6, 2016